IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:      ETHICON, INC.
            PELVIC REPAIR SYSTEMS
            PRODUCT LIABILITY LITIGATION                    MDL No. 2327

_____

THIS DOCUMENT RELATES TO:

*Linda Madding v. Ethicon, Inc., et al.*        Civil Action No. 2:12-cv-02512

## MEMORANDUM OPINION AND ORDER
### (*Daubert* Motion re: Douglas Grier, M.D.)

Pending before the court is the *Daubert* Motion to Exclude Certain Opinion Testimony of Douglas H. Grier, M.D. Pursuant to Federal Rule 702 [ECF No. 56] filed by the plaintiffs. The Motion is now ripe for consideration because briefing is complete.

In her Motion, the plaintiff merely incorporates her arguments to exclude Dr. Grier's general causation testimony and argues that the exclusion of Dr. Grier's general causation testimony necessitates the exclusion of his specific causation testimony. However, the plaintiff neither cites to specific portions of Dr. Grier's testimony nor attempts to show how the exclusion of his general causation testimony necessitates the exclusion of his specific causation testimony. I will not grant a motion that fails to lay out even a single, specific argument.

The court **ORDERS** that the *Daubert* Motion to Exclude Certain Opinion Testimony of Douglas H. Grier, M.D. Pursuant to Federal Rule 702 [ECF No. 56] is

**DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    June 30, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE