THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA MADDING, | CASE NO. C17-1176-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ETHICON, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the status conference scheduled for July 17, 2018 to November 20, 2018 (Dkt. No. 128). The parties seek a continuance to provide time to complete final settlement documentation. (*Id*. at 1.) The motion is GRANTED. Absent dismissal of the case, the parties are directed to appear for a status conference on November 20, 2018 at 9 a.m.

DATED this 16th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk